USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/12/20

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JOSHUA BERKOWITZ, et al.,                :
                                         :
                    Plaintiffs,          :
                                         :       19 Civ. 3243 (VM)
      - against -                        :
                                         :
MARIE ALEXANDER,                         :       ORDER
                                         :
                    Defendant.           :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that the subsequent conference in the above-captioned action before Judge Marrero, currently scheduled to be held on Friday, February 14, 2020 at 4:00 p.m., shall be rescheduled for Friday, February 28, 2020 at 4:30 p.m.

**SO ORDERED.**

Dated:   New York, New York
         12 February 2020

                                         _____
                                            Victor Marrero
                                               U.S.D.J.