Samuel L. Butt
Partner
sbutt@schlamstone.com

# SCHLAM STONE & DOLAN LLP

26 Broadway, New York, NY 10004
Main: 212 344-5400  Fax: 212 344-7677
schlamstone.com

February 26, 2020

BY ECF AND FACSIMILE TO (212) 805-6382
Honorable Judge Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/20
```

Re:   ***Berkowitz et al. v. Alexander*, No. 19-CV-3243(VM)**

Dear Judge Marrero:

Our firm represents Plaintiffs Joshua Berkowitz and Eastern Port Company, LLC in the above-captioned matter.

Yesterday afternoon, I confirmed with your clerk by phone that we would be appearing this Friday, February 28, at 4:30pm for the conference scheduled before Your Honor. Later in the afternoon, we learned that Barbara Laurence, the managing member of Plaintiff Eastern Port Company, LLC, regrettably passed away this past weekend.

In light of the news of Ms. Laurence's death, we respectfully request that Friday's conference be adjourned two weeks to March 13, 2020, if the Court is available, to allow us time to identify her estate representative. With Ms. Laurence's passing, there is no one from whom we can take instruction with respect to Eastern Port's claim until such representative is identified. This is Plaintiffs' first request for an adjournment of the February 28, 2020 conference. Counsel for Defendant Alexander consents to this request.

We thank the Court for its attention to this matter.

Respectfully submitted,

Samuel L. Butt

Request GRANTED. The pretrial conference herein is rescheduled to 3-13-20 at 3:00 PM.

SO ORDERED.

2-26-20
DATE    VICTOR MARRERO, U.S.D.J.